IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **MIRIAM BOSCH & GILES STEWART,**<br>         Plaintiff<br><br>     vs.<br><br>**PRO NURSE, LLC, INDEPENDENCE MEDICAL SERVICES, LLC, TANYA OWENS-LONG AND RUSSELL EDWARD LONG d/b/a INDEPENDENCE ANESTHESIA SERVICES,**<br>         Defendant | **CIVIL ACTION NUMBER:**<br>**3:11-CV-16** |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

The Plaintiffs, Miriam Bosch and Giles Stewart ("Plaintiffs") and the Defendants Pro- Nurse, LLC, Independence Medical Services, LLC, Tanya Owens-Long, Russell Edward Long d/b/a Independence Anesthesia Services ("Defendants"), hereby request that this Court approve the parties' settlement of the above-captioned matter. As the Plaintiffs' action and claims arise under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"), the parties' settlement must be approved by this Court. *Lynn's Food Stores, Inc. v. United States ex. rel.*

U.S. Dept. of Labor, 679 F.2d 1350 (11th Cir. 1982)); see also *Simel v. JP Morgan Chase*, 2007 U.S. Dist. LEXIS 18693, 11-12 (S.D.N.Y. 2007).

The parties have executed a written Settlement Agreement and jointly ask the Court to approve the settlement and dismiss the case with prejudice. The parties represent to the Court that the settlement is a fair and reasonable resolution of a *bona fide* dispute reached as a result of contested litigation. The parties attest to the fairness and reasonableness of their amicable settlement. The parties agreed to the terms of this settlement after they were counseled by their respective attorneys, who represented them throughout this action. Neither the terms of the Settlement Agreement nor the subject matter of the underlying dispute concern the public interest. As such, a copy of the Settlement Agreement can be made available to the Court for *in camera* review or, alternatively, the parties can file copy of the Settlement Agreement with the Court under seal should the court so require; however, the salient terms are as follows:

The total settlement amount of $11,500.00 is apportioned as follows:

- Giles Stewart in the amount of $766.50, less payroll withholdings and representing unpaid wages;

- Giles Stewart in the amount of $766.50, representing liquidated damages;

- Miriam Bosch in the amount of $2883.50, less payroll withholding and representing unpaid wages;

- Miriam Bosch in the amount of $2883.50, representing liquidated damages; and

- Hill & Associates, PC in the amount of $4,200, representing attorney's fees and costs.

The Plaintiffs' recoveries represent full recovery for overtime backpay their counsel calculated to be due to them, times two for FLSA liquidated damages. The remaining potential elements of damages, such as interest have been compromised. Similarly, Plaintiffs' counsel's fees are compromised and reasonable.

WHEREFORE, the parties jointly and respectfully request that this Court approve the Settlement Agreement of the Parties, and dismiss the instant action between the parties with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/Christopher T. Anderson | s/Janet E. Hill |
| TIMMONS, WARNES & ANDERSON, LLP | HILL & ASSOCIATES, PC |
| **Christopher T. Anderson** | **Janet E. Hill** |
| Attorney for Defendant | Attorney for Plaintiff |
| State Bar No. 016535 | State Bar No. 354230 |
| 244 E. Washington St. | 1160 S. Milledge Ave |
| Athens, Georgia 30601 | Athens, Georgia 30605 |
| (706) 548-8668 | (706) 353-7272 |
| cta@classiccitylaw.com | janetehill@bellsouth.net |