IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **MIRIAM BOSCH & GILES STEWART,** : | | |
| : | | |
| **Plaintiff,** : | | |
| : | Civil Action | |
| v. : | No. 3:11-CV-16 (CAR) | |
| : | | |
| **PRO NURSE LLC; INDEPENDENCE** : | | |
| **MEDICAL SERVICES, LLC; TANYA** : | | |
| **OWENS-LONG and RUSSELL** : | | |
| **EDWARD LONG d/b/a** : | | |
| **INDEPENDENCE ANESTHESIA** : | | |
| **SERVICES,** : | | |
| : | | |
| **Defendants.** : | | |

**ORDER ON JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Currently before the Court is the parties' Joint Motion for Approval of FLSA Settlement [Doc. 3]. Plaintiffs filed this suit under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"), and as such, any settlement must be approved by this Court. Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Labor, 679 F.2d 1350 (11th Cir. 1982). In this Motion, the parties submit that they have reached a Settlement Agreement and request that the Court approve the settlement and dismiss the case with prejudice. The parties attest to the fairness and reasonableness of their settlement, having agreed to the terms of the settlement after they were counseled by their respective attorneys who represented them throughout this action. Having duly considered the matter, the Court concludes that the parties' Motion [Doc. 3] should be **GRANTED**. The Court hereby approves the parties' Settlement Agreement and **DISMISSES** this case **with prejudice**.

SO ORDERED this 8th day of March, 2011.

                                                <u>S/ C. Ashley Royal</u>
                                                C. ASHLEY ROYAL, JUDGE
                                                UNITED STATES DISTRICT COURT

SSH